IN THE UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| K.O., by her Parent and next friend KIMBERLEE O'MALEY, | ) ) ) |
| Plaintiff, | ) Case No. 1:05-cv-00855-JDT-WTL ) |
| vs. | ) ) |
| METROPOLITAN SCHOOL DISTRICT OF LAWRENCE TOWNSHIP, | ) ) ) |
| Defendant. | ) |

### ORDER ON MOTION TO DISMISS

The Court, having reviewed said Motion, and being duly advised in the premises, hereby grants the Plaintiff's Motion to Dismiss.

10/24/2005

Date

_____

John Daniel Tinder, Judge
United States District Court

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above Motion to Dismiss was served upon David R. Day, Attorney for the Defendant, 12514 Reynolds Drive, Suite B, Fishers, Indiana, 46038, by the U.S. Postal Service, postage prepaid, this 17th day of August, 2005.

                                        <u>s/ Dana L. Johnson</u>
                                        Dana L. Johnson